UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Hon. Joseph A. Greenway, Jr.
Crim. No. 09-0045

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

PAUL BRASSINGTON,
    Defendant.
_____/

## ORDER

THIS MATTER is before the Court upon the Defendant's Unopposed Motion to Modify Condition of Release. The Court has reviewed said Motion and the reasons advanced therein and is fully advised as to the facts and circumstances of this case. It is therefore

ORDERED AND ADJUDGED that Defendant's Unopposed Motion to Modify Condition of Release by changing the start time of Defendant's curfew to 11:30 p.m. (2330 hours) is GRANTED.

DONE AND ORDERED in chambers in Newark, New Jersey this 16th day of ~~January~~ February 2010.

_____
Joseph A. Greenway, Jr.
United States District Judge