```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                        MINUTES OF PROCEEDINGS
```

NEWARK                                          DATE: 12 April 2010

JUDGE: Dennis M. Cavanaugh

COURT REPORTER: Charles McGuire

DEPUTY CLERK: Scott P. Creegan


Title of Case:                          Docket # 9cr45

United States    v.  Brassington, et al

Appearances:

AUSA-     Scott McBride
D1-       Michael Salnick
D2-       Bruce Reinhart
D5-       Mark Berman
D6-       Neal Sonnett
D7-       Stephen Dratch

Nature of proceedings:

            Phone status conference conducted.
Court conducted a status conference on recently transferred case.
ORDERED Trial of May, 11, 2010 adjourned until 12 October 2010
Govt. Granted 30 days to have medical review of deft.(7) Kimberling
Deft's who have not filed motions granted 30 day extension to file motions.
Govt. Granted 30 days to respond to all motions once filed
Motions to be ruled on the papers.
Govt's motion to address deft. Kimberling's medical issues denied as moot.
Govt's application for extension of time Granted.


Time Commenced_____12:00_____
Time Adjourned_____12:30_____


cc: chambers                                    Scott P. Creegan
                                                Deputy Clerk