## LAW OFFICE OF BRUCE E. REINHART, P.A.
### ATTORNEYS AT LAW

ONE CLEARLAKE CENTRE
250 S. AUSTRALIAN AVE., SUITE 1400
WEST PALM BEACH, FLORIDA 33401

TELEPHONE: 561•202•6360
FACSIMILE: 561•202•6976
BREINHART@BRUCEREINHARTLAW.COM

September 28, 2010

Honorable Dennis M. Cavanaugh, U.S.D.J.
Frank R. Lautenberg U.S.P.O. & Cthse.
Federal Square
P.O. Box 999
Newark, NJ 07101-0999

    Re:   U.S. v. Paul Brassington, et al
           Criminal No. 09-0045

Dear Judge Cavanaugh:

    This office represents defendant, Paul Brassington. My office is in receipt of the motion filed by the defendant Brian McKenzie, *in limine* to preclude reference to or evidence regarding the crash of flight N370V (DE 175). On behalf of defendant Paul Brassington I hereby join in said motion.

                                Respectfully submitted,

                                  BRUCE E. REINHART

BER/ker
cc:   Mark A. Berman, Esq.
       Stephen N. Dratch, Esq.
       Scott McBride, Esq.
       Michael Salnick, Esq.
       Mark Anthony Douglas, Esq.
       Neal Sonnet, Esq.