```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                        MINUTES OF PROCEEDINGS
```

NEWARK                                      DATE: 28 October 2010

JUDGE: Dennis M. Cavanaugh

COURT REPORTER: Charles McGuire

DEPUTY CLERK: Scott P. Creegan

Title of Case:                              Docket # 9cr45-1,2 & 5

U.S.A.  V.  Brassington, et al

Appearances:

AUSA-   Scott McBride & J. Fortier Imbert
D1-     Michael Salnick & Jack Fuchs
D2-     Bruce Reinhart
D5-     Mark Berman

Nature of proceedings:

Trial w/jury continued at 1:00 p.m.
Jury present
        Grady Ebensberger           Sworn for Govt.
        Joseph Singh                Sworn for Govt.

Trial w/jury adj. @4:00 p.m. until 29 October 2010 @9:00 a.m.

Time Commenced___1_____
Time Adjourned___4_____


cc: chambers                              Scott P. Creegan
                                          Deputy Clerk