# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Dennis M. Cavanaugh |
| Plaintiff, | **ORDER** |
| v. | Crim. No. 09-CR-45 (DMC) |
| MICHAEL BRASSINGTON, PAUL BRASSINGTON, AND BRIAN MCKENZIE, | |
| Defendants. | |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon motion for judgment of acquittal pursuant to Fed. R. Crim. P. 29 by Paul Brassington ("Defendant"). Having heard oral argument and after considering all submissions and based upon the following;

**WHEREAS** Count Twenty-One of the Superseding Indictment charges Defendant Paul Brassington with making a false statement in the February 7, 2005 Accident Report submitted to the National Transportation Safety Board; Defendant argued insufficient evidence was presented at trial to support the charge; and the Government consents to dismissing Count Twenty-One of the Superseding Indictment against Defendant Paul Brassington;

IT IS on this 9 day of November, 2010;

**ORDERED** Count Twenty-One of the Superseding Indictment against Defendant Paul Brassington is dismissed.

_____
Dennis M. Cavanaugh, U.S.D.J.

Original: Clerk's Office
cc: All Counsel of Record
    File