3:55
P.M.
11-15-10

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     Hon. Dennis M. Cavanaugh
    :
        v.               :     Criminal No. 09-45
    :
MICHAEL BRASSINGTON and     :
PAUL BRASSINGTON          :     VERDICT SHEET

### *Conspiracy*

1.    With respect to **Count One**, the charge of Conspiracy to Commit Wire Fraud and to Defraud the United States, we, the jury, find:

DEFENDANT MICHAEL BRASSINGTON

NOT GUILTY __     GUILTY _✓_

DEFENDANT PAUL BRASSINGTON

NOT GUILTY __     GUILTY _✓_

If you find the defendants not guilty, proceed to Count Two.

If you find the defendants guilty, you must answer the additional questions below. If you find only one of the defendants guilty, you must answer the additional questions below for that defendant only. Your answer to these questions must be unanimous:

(A) With respect to Count One, did the United States prove beyond a reasonable doubt that defendant Michael Brassington conspired to commit wire fraud?

YES_____    NO ___✓___

(B) With respect to Count One, did the United States prove beyond a reasonable doubt that defendant Paul Brassington conspired to commit wire fraud?

YES___✓___    NO _____

(C) With respect to Count One, did the United States prove beyond a reasonable doubt that defendant Michael Brassington conspired to defraud the United States, that is, the Federal Aviation Administration ("FAA")?

YES___✓___    NO _____

(D) With respect to Count One, did the United States prove beyond a reasonable doubt that defendant Paul Brassington conspired to defraud the United States, that is, the Federal Aviation Administration ("FAA")?

YES_____    NO ___✓___

### *False Statements: Flight Logs & Weight-and-Balance Graphs*

2.   With respect to **Count Two,** the charge alleging False Statements, we, the jury, find:

DEFENDANT MICHAEL BRASSINGTON

NOT GUILTY __     GUILTY ✓


3.   With respect to **Count Three,** the charge alleging False Statements, we, the jury, find:

DEFENDANT MICHAEL BRASSINGTON

NOT GUILTY __     GUILTY ✓


DEFENDANT PAUL BRASSINGTON

NOT GUILTY ✓     GUILTY __


4.   With respect to **Count Four,** the charge alleging False Statements, we, the jury, find:

DEFENDANT MICHAEL BRASSINGTON

NOT GUILTY __     GUILTY ✓


DEFENDANT PAUL BRASSINGTON

NOT GUILTY ✓     GUILTY __

-3-

5.   With respect to **Count Five**, the charge alleging False Statements, we, the jury, find:

DEFENDANT MICHAEL BRASSINGTON

NOT GUILTY __     GUILTY ✓


6.   With respect to **Count Six**, the charge alleging False Statements, we, the jury, find:

DEFENDANT MICHAEL BRASSINGTON

NOT GUILTY __     GUILTY ✓


DEFENDANT PAUL BRASSINGTON

NOT GUILTY ✓     GUILTY __


7.   With respect to **Count Seven**, the charge alleging False Statements, we, the jury, find:

DEFENDANT MICHAEL BRASSINGTON

NOT GUILTY __     GUILTY ✓


DEFENDANT PAUL BRASSINGTON

NOT GUILTY ✓     GUILTY __


-4-

8.   With respect to **Count Eight**, the charge alleging False Statements, we, the jury, find:

DEFENDANT MICHAEL BRASSINGTON

NOT GUILTY ✓   GUILTY __


9.   With respect to **Count Nine**, the charge alleging False Statements, we, the jury, find:

DEFENDANT MICHAEL BRASSINGTON

NOT GUILTY ✓   GUILTY __


10.   With respect to **Count Ten**, the charge alleging False Statements, we, the jury, find:

DEFENDANT MICHAEL BRASSINGTON

NOT GUILTY ✓   GUILTY __


11.   With respect to **Count Eleven**, the charge alleging False Statements, we, the jury, find:

DEFENDANT MICHAEL BRASSINGTON

NOT GUILTY ✓   GUILTY __

12.   With respect to **Count Twelve**, the charge alleging
False Statements, we, the jury, find:

DEFENDANT MICHAEL BRASSINGTON

NOT GUILTY ✓   GUILTY __


13.   With respect to **Count Thirteen**, the charge alleging
False Statements, we, the jury, find:

DEFENDANT MICHAEL BRASSINGTON

NOT GUILTY ✓   GUILTY __


14.   With respect to **Count Fourteen**, the charge alleging
False Statements, we, the jury, find:

DEFENDANT MICHAEL BRASSINGTON

NOT GUILTY ✓   GUILTY __


15.   With respect to **Count Fifteen**, the charge alleging
False Statements, we, the jury, find:

DEFENDANT MICHAEL BRASSINGTON

NOT GUILTY ✓   GUILTY __


-6-

16.   With respect to **Count Sixteen**, the charge alleging False Statements, we, the jury, find:

DEFENDANT MICHAEL BRASSINGTON

NOT GUILTY √   GUILTY __


17.   With respect to **Count Seventeen**, the charge alleging False Statements, we, the jury, find:

DEFENDANT MICHAEL BRASSINGTON

NOT GUILTY √   GUILTY __


18.   With respect to **Count Eighteen**, the charge alleging False Statements, we, the jury, find:

DEFENDANT MICHAEL BRASSINGTON

NOT GUILTY √   GUILTY __


19.   With respect to **Count Nineteen**, the charge alleging False Statements, we, the jury, find:

DEFENDANT MICHAEL BRASSINGTON

NOT GUILTY √   GUILTY __

### *Endangering the Safety of an Aircraft*

20.   With respect to **Count Twenty**, the charge alleging Endangering the Safety of an Aircraft, we, the jury, find:

DEFENDANT MICHAEL BRASSINGTON

NOT GUILTY ___    GUILTY ✓

### *False Statements: NTSB Accident Report*

21.   With respect to **Count Twenty-One**, the charge alleging False Statements, we, the jury, find:

DEFENDANT MICHAEL BRASSINGTON

NOT GUILTY ___    GUILTY ✓