UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Hon. Dennis M. Cavanaugh
Crim. No. 09-0045 (DMC)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PAUL BRASSINGTON,

    Defendant.

_____/

## ORDER

THIS MATTER is before the Court upon the Defendant's Unopposed Motion to Temporarily Modify Condition of Release, filed April 14, 2011. The Court has reviewed said Motion and the reasons advanced therein and is fully advised as to the facts and circumstances of this case. It is therefore

**ORDERED AND ADJUDGED** that Defendant's Unopposed Motion to Temporarily Modify Condition of Release is hereby **GRANTED.** Pretrial Services shall release the Defendant's passport to the custody of the Defendant, at a time of their choosing, and for a period not to exceed 24 hours, for the purpose of the Defendant obtaining a hardship driver's license.

DONE AND ORDERED, in Newark, New Jersey this 16 day of May, 2011.

Honorable DENNIS M. CAVANAUGH
UNITED STATES DISTRICT JUDGE